UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
IN THE MATTER OF THE COMPLAINT OF
GRIMALDI DEEP SEA S.P.A.
AS OWNER AND OPERATOR OF                    Civil Action No. 1:25-cv-02666-PKC
GRANDE CONGO (IMO NO. 9437921)
FOR EXONERATION FROM OR
LIMITATION OF LIABILITY
------------------------------------------------------------X

### [PROPOSED] ORDER APPROVING SECURITY, ISSUING NOTICE, AND ENJOINING SUITS

WHEREAS GRIMALDI DEEP SEA S.p.A. ("Grimaldi"), as owner and operator of the vessel GRANDE CONGO (the "Vessel"), has commenced proceedings in this Court pursuant to the Shipowner's Limitation of Liability Act, 46 U.S.C. §§ 30501 *et seq.* (the "Limitation Act") with respect to all losses or damages that occurred on or about February 17, 2025, while the Vessel was sailing from Valencia, Spain to Baltimore, Maryland, United States (the "Incident"), the facts of which are more particularly set forth in Grimaldi's *Complaint for Exoneration Form or Limitation of Liability*;

WHEREAS the allegations in the complaint and the accompanying *Declaration of Robert E. O'Connor* established that Grimaldi's interest in the Vessel and pending freight is $40,448,292.40;

WHEREAS it appears that claims may be made against Grimaldi and the Vessel for losses and damages that may have occurred during the Incident;

IT IS HEREBY ORDERED that the *Ad Interim Stipulation of Value* in the amount of $40,448,292.40 plus interest at the rate of 6 percent per annum from the date thereof as security for any and all claims and costs that may be asserted relating to the Incident is hereby approved and accepted;

IT IS FURTHER ORDERED that the Court, only upon motion and good cause shown, shall cause appraisement of Grimaldi's interest in the Vessel and pending freight, and may thereafter order said security increased or decreased; *[substantially in the form of ECF]*

IT IS FURTHER ORDERED that the Clerk of the Court shall issue a notice to any and all persons throughout the world who may have claims relating to the incident and for which the complaint seeks exoneration and limitation to file their claims and answers with the Clerk of the Court and to serve their claims and answers on the attorneys for Grimaldi and the Vessel on or before <u>August 17, 2025</u> or be defaulted; *[Grimaldi shall cause the]*

IT IS FURTHER ORDERED that ^aforesaid notice shall be published in ~~a newspaper~~ *[the New York Law Journal]* once a week for four successive weeks prior to the date fixed for the filing of claims and that Grimaldi shall mail a copy of the notice to every person throughout the world known to have made any claim against Grimaldi or the Vessel arising out of the voyage on which the claims sought to be limited arose;

IT IS FURTHER ORDERED that the prosecution, except in this action, of any and all actions, suits, or proceedings already commenced as well as the commencement or prosecution of any and all future actions, suits, or proceedings of any nature or description whatsoever in any jurisdiction including foreign jurisdictions against Grimaldi and the Vessel, and their agents, representatives, employees, or insurers concerning losses or damages relating to the Incident are hereby restrained, stayed, and enjoined until the hearing and determination of this action, all warrants of arrest and/or attachment issued or sought in such other suits, actions, or proceedings are hereby dissolved, and any further warrants of arrest and/or attachment are hereby prohibited; and

IT IS FURTHER ORDERED that service of this Order as a Restraining Order be made through the United States Post Office by mailing a conformed copy hereof to the person or persons to be restrained or to their respective attorneys.

Dated: April 2, 2025
New York, New York
6:12 PM

_____
UNITED STATES DISTRICT JUDGE